UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIRKPATRICK DUNBAR,<br><br>                    Plaintiff,<br><br>    -against-<br><br>SHOP ABBODE LLC AND 250-252 ELIZABETH STREET PARTNERSHIP, L.P.,<br><br>                    Defendants. | NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)<br><br>Case No.: 1:24-cv-02026-JGK |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, **Kirkpatrick Dunbar** by and through his counsel, hereby gives notice that the above captioned action is voluntarily dismissed, **with prejudice** against Defendant, **Shop Abbode LLC** only since no party has answered or otherwise moved for summary judgment in this action.

Dated: May 10, 2024

The Marks Law Firm, P.C.

By:_____
Bradly G. Marks
The Marks Law Firm, PC
155 E 55th Street, Suite 4H
New York, NY 10022
T:(646) 770-3775